# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138393(56)

GERALDINE J. GLOD,
             Plaintiff-Appellant,

v

CLINTON RIVER CRUISE COMPANY, INC.,
             Defendant,
             Third-Party Plaintiff-Appellee,
and

DSI INDUSTRIES, INC., d/b/a DOOR
SOLUTIONS, and EVANGELICAL HOMES
OF MICHIGAN, d/b/a PATHWAYS
TRANSITION CARE,
             Defendants,
and

JANET YOUNG,
             Third-Party Defendant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138393
COA: 279422
Macomb CC: 05-004973-NO

On order of the Court, the motion for reconsideration of this Court's June 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk